**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00479-RM-NYW

NICOLE WEAVER,

      Plaintiff,

v.

GENERAL MOTORS COMPANY, a Delaware corporation,
GENERAL MOTORS CORPORATION, a Delaware corporation,
GENERAL MOTORS, Inc., a Delaware corporation,
GENERAL MOTORS, LLC, a Delaware Corporation,
DPH HOLDINGS CORPORATION, a Michigan corporation,
DELPHI PACKARD ELECTRIC SYSTEMS, a Michigan corporation, and
DELPHI AUTOMOTIVE SYSTEMS, LLC, a Michigan Corporation.

      Defendants.

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

      IT IS ORDERED that a Scheduling Conference is set for **April 15, 2015 at 10:00 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: March 18, 2015                         BY THE COURT:

                                              s/Nina Y. Wang_____
                                              United States Magistrate Judge